UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE:<br><br>ANGELA C. STOLTZ<br><br>   Debtor | Chapter 7<br>Case No. 19-14997-TJC |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br><br>   Movant<br><br>v.<br><br>ANGELA C. STOLTZ<br>419 CHESAPEAKE AVE<br>STEVENSVILLE, MD 21666<br>   (Debtor)<br><br>MONIQUE D. ALMY<br>1001 PENNSYLVANIA AVENUE, N.W., 10TH FL<br>WASHINGTON, DC 20004-2595<br>   (Trustee)<br><br>   Respondents | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay as to the real property located at 305 Weiner Avenue, Harrington, DE 19952 ("Property"), and, as grounds therefore, states as follows:

1. This proceeding seeking relief under 11 U.S.C. § 362(d) of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. §

157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2. On April 12, 2019, the above named Debtor, Angela C. Stoltz ("Debtor"), filed in this court a Petition under Chapter 7 of the United States Bankruptcy Code. Monique D. Almy was appointed Chapter 7 Trustee.

3. On or about August 8, 2015, Angela Stoltz executed and delivered to Nationstar Mortgage LLC, a Delaware Limited Liability Company a Note in the amount of ONE HUNDRED FORTY-TWO THOUSAND FOUR HUNDRED DOLLARS AND NO CENTS ($142,400.00), plus interest at the fixed rate of 4.500%, to be paid over thirty (30) years. A copy of the Note is attached as **Exhibit A** and incorporated herein.

4. To secure the repayment of the sums due under the Note, Angela C. Stoltz executed and delivered to Nationstar Mortgage LLC, a Delaware Limited Liability Company a Mortgage dated August 8, 2015, encumbering the real property ("Property") described as:

All that certain lot, piece or parcel of land, with the improvements thereon erected, situated in the City of Harrington, Kent County, State of Delaware, lying on the westerly side of Weiner Avenue, at short distance North of Center Street and being more particularly bounded and described in accordance with a recent survey by Robert L. Larimore, RLS, dated June 28, 2006, as follows to-wit:

Beginning at a drill hole found in the back of the sidewalk in the reputed to be westerly line of Weiner Avenue, at a corner for this lot and for lands of Mary Ann Wilson, said point being located 158 feet more or less North of the center line of Center Street; thence from said beginning point along the line of lands of Mary Ann Wilson, North 88 deg. 10 min. 20 sec. West 284.12 feet to an iron pin found at a corner for lands of Mary Ann Wilson in the easterly line of a 10 foot wide alley; thence along the easterly line of said 10 foot wide alley, North 01 deg. 38 min. 07 sec. East 45.00 feet to an iron pin found in the easterly line of said 10 foot wide alley at a corner for lands of Leona A. Ottinger; thence along the line of lands of Leona A. Ottinger, South 88 deg. 10 min. 20 sec. East 284.27 feet to an iron pin found at a corner for lands of Leona A. Ottinger near the back line of the sidewalk in the westerly line of Weiner Avenue; thence along the westerly line of Weiner Avenue, South 01 deg. 49 min. 35 sec. West 45.00 feet to the place of beginning and containing 12,789 square feet of land be the same more or less.

Commonly known as: 305 Weiner Avenue, Harrington, DE 19952

Parcel ID #: MN-09-170.16-01-41.00-000
(Parcel ID #: 6-09-170.16-01-41.00-000)

which has the address of 305 Weiner Avenue, Harrington, DE 19952. A copy of the Mortgage is attached as **Exhibit B** and incorporated herein.

5.   The Note and Mortgage were later transferred to Movant and Movant is the current holder of the Note and Mortgage. A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6.   As of April 16, 2019, Debtor owes an unpaid principal balance of $134,227.51 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

| Unpaid Principal Balance | $134,227.51 |
| --- | --- |
| Unpaid, Accrued Interest | $4,275.03 |
| Escrow Advance | $64.35 |
| Title Cost | $175.00 |
| Foreclosure Fees | $1,645.00 |
| Sheriff Costs | $80.00 |
| Publication Cost | $24.00 |
| Posting Cost | $406.50 |
| Certified Mail | $54.60 |
| Less: Partial Payments | ($0.00) |
| Total Outstanding Obligations | $140,951.99 |

7.      As of April 16, 2019, Debtor is contractually due for September 1, 2018, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
| --- | --- | --- | --- | --- |
| 3 | September 1, 2018 | November 1, 2018 | $902.33 | $2,706.99 |
| 5 | December 1, 2018 | April 1, 2019 | $900.97 | $4,504.85 |
| | | | Suspense: | ($0.00) |
| | | | Total Payments Past Due | $7,211.84 |

8.      A copy of the payment history is attached as **Exhibit D** and incorporated herein.

9.      The value of the property is $165,685.12, according to the Debtor's Schedule "A".

10.     The Debtor is in default under the Note.

11.     The Debtor has not and cannot offer Movant any adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

12.     Debtor's Chapter 7 Statement of Intention lists an intent to surrender the Property.

13.     As there is little to no equity in the Property, the Property is not necessary for an effective reorganization. Therefore, relief from stay is appropriate under § 362(d)(2) of the

Bankruptcy Code to permit Movant to exercise its non-bankruptcy rights and remedies with respect to the Mortgage.

14. That the Debtor's intention to surrender the Property to Movant, account delinquency and lack of equity in the Property constitute cause for relief from the automatic stay.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper, prays that this Court issue an Order terminating or modifying the Automatic Stay under 11 U.S.C. § 362 as to the property located at 305 Weiner Avenue, Harrington, DE 19952, and granting the following:

a. Relief from the Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

b. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

c. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

d. For such other relief as the Court deems proper.

Date: __05/02/19__

                                            Respectfully submitted,

                                            ___/s/ Luke McQueen_____
                                            Kathryn Smits, Bar #13912
                                            Elizabeth M. Abood-Carroll, Bar #20631
                                            Luke McQueen, Bar #18960
                                            Orlans PC
                                            PO Box 2548
                                            Leesburg, VA 20177
                                            (703)777-7101
                                            Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
                                            ksmits@orlans.com
                                            eabood-carroll@orlans.com
                                            lmcqueen@orlans.com

CERTIFICATE OF SERVICE

The undersigned states that on May 2, 2019, copies of the foregoing Motion for Relief from Automatic Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Monique D. Almy
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595
malmytrustee@crowell.com
*Bankruptcy Trustee*

Joseph F. Bruce
108 A Cathedral Street
Annapolis, MD 21401
Josephlaw@aol.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay to the following non-ECF participants:

Angela C. Stoltz
419 Chesapeake Ave
Stevensville, MD 21666
*Debtor*

                                                      /s/ Luke McQueen
                                                  Kathryn Smits, Esquire
                                                  Elizabeth M. Abood-Carroll, Esquire
                                                  Luke McQueen, Esquire

## Payment History

| Due Date | Payment Amount Due |
|---|---|
| 9/1/2018 | $902.33 |
| 10/1/2018 | $902.33 |
| 11/1/2018 | $902.33 |
| 12/1/2018 | $900.97 |
| 1/1/2019 | $900.97 |
| 2/1/2019 | $900.97 |
| 3/1/2019 | $900.97 |
| 4/1/2019 | $900.97 |
| **Suspense**: | ($0.00) |
| **Total**: | $7,211.84 |